IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON GLEN MCKINLEY,
ADC #139327                                                                                    PLAINTIFF

v.                                        5:07CV00239HLJ

DAVID HOOKS, et al.                                                                        DEFENDANTS

## ORDER

An Evidentiary Hearing is scheduled in this matter at 9:30 a.m., February 22, 2010, at the Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Little Rock, Arkansas. The Arkansas Department of Correction is hereby directed to ensure the attendance of the plaintiff, Jason Glen McKinley, together with his medical and institutional files, at the Hearing.

IT IS SO ORDERED this 16th day of February, 2010.

_____
United States Magistrate Judge